# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Medrite Care, LLC et al | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Medrite 243 LLC et al | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:20-cv-03456-MKV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   See attached Rider A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan Cohen
Jacobowitz Newman Tversky LLP
377 Pearsall Avenue, Suite C
Cedarhurst, New York 11516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   05/27/2020

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:20-cv-03456-MKV

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

## <u>Rider A</u>

1. Medrite 243 LLC
   3126 Pine Tree Drive
   Miami Beach, Florida 33140

2. Medrite 41 LLC
   3126 Pine Tree Drive
   Miami Beach, Florida 33140

3. Medrite East Side LLC
   14 Widman Court
   Spring Valley, New York 10977

4. Medrite Haverstraw LLC
   14 Widman Court
   Spring Valley, New York 10977

5. Medrite Holdings LLC
   c/o Jan Mubarik
   73-16 Roosevelt Avenue
   Jackson Heights, New York 11372

6. Medrite LLC
   14 Widman Court
   Spring Valley, New York 10977

7. Medrite Management LLC
   c/o The Limited Liability Company
   175 Rt 59
   Spring Valley, New York 10977

8. Medrite Medical Care, P.A.
   542 W. 41st Street
   Miami Beach, Florida 33140

9. Medrite MtVernon LLC
   52 S. 4th Avenue
   Mt. Vernon, New York 10550

10. Medrite Myrtle LLC
    c/o Mark J. Nussbaum
    225 Broadway. 39th Floor
    New York, New York 10007

11. Medrite NYC LLC
    3126 Pine Tree Drive
    Miami Beach, Florida 33140

12. Medrite Spring Valley LLC
    c/o The Limited Liability Company
    14 Widman Court
    Spring Valley, New York 10977

13. New Medrite Care New York International LLC
    c/o Rajesh Kalra
    747 3rd Avenue, 2nd Fl
    New York, New York 10017

14. Supreme Medical Management LLC
    c/o The Limited Liability Company
    46 Main Street, Suite 148
    Monsey, New York 10952

15. Samuel Fishman a/k/a Samuel Fisch
    8 Concord Drive
    Monsey, New York 10952