# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC, MEDRITE MIDTOWN WEST LLC, AND HENRY WEISS individually and derivatively on behalf of MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC AND MEDRITE MIDTOWN WEST LLC, | Case No. 20-cv-3456 (MKV) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

-against-

MEDRITE 243 LLC, MEDRITE EAST SIDE LLC MEDRITE HAVERSTRAW LLC, MEDRITE HOLDINGS LLC, MEDRITE LLC, MEDRITE MANAGEMENT LLC, MEDRITE MTVERNON LLC, MEDRITE MYRTLE LLC, MEDRITE NYC LLC, MEDRITE SPRING VALLEY LLC, NEW MEDRITE CARE NEW YORK INTERNATIONAL LLC, MEDRITE 41 LLC, MEDRITE MEDICAL CARE, PA, SUPREME MEDICAL MANAGEMENT LLC and SAMUEL FISHMAN a/k/a SAMUEL FISCH,

Defendants,

-and-

MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC, and MEDRITE MIDTOWN WEST LLC,

Nominal Defendants

---

SAMUEL FISHMAN A/K/A SAMUEL FISCH

Counterclaim-Plaintiff and Third-Party Plaintiff,

-against-

| |
|---|
| HENRY WEISS, |
|                               Counterclaim-Defendant |
|      -and- |
| EVA WEISS, |
|                               Third-Party Defendant |

**WHEREAS,** no party herein is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of the action,

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that the above-entitled action be, and the same is hereby discontinued with prejudice and without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED, CONSENTED TO AND AGREED** that this stipulation may be executed in counterparts, which counterparts, when taken together, shall constitute one complete stipulation, and that facsimile and/or electronic signatures shall be deemed originals for the purpose of this stipulation.

| | |
|---|---|
| **Dechert LLP** | **Jacobowitz Newman Tversky LLP** |
| Dated: August ___, 2020 | Dated: August ___, 2020 |
| *[signature]* | |
| Neil Steiner, Esq.<br>Attorneys for Assignee and the Company<br>1095 Avenue of the Americas<br>New York, New York 10036<br>(212) 698-3822 | Evan Newman, Esq.<br>Nathan Cohen, Esq.<br>Attorneys for Assignors<br>377 Pearsall Avenue, Suite C<br>Cedarhurst, New York 11516<br>(212) 612-1110 |

IT IS HEREBY FURTHER STIPULATED, CONSENTED TO AND AGREED that this stipulation may be filed with the Clerk of the Court by any party hereto and without further notice.

| Dechert LLP | Jacobowitz Newman Tversky LLP |
|---|---|
| Dated: August ___, 2020 | Dated: August 13, 2020 |
| Neil Steiner, Esq.<br>Attorneys for Defendants, Counterclaim-Plaintiff and Third-Party Plaintiff<br>1095 Avenue of the Americas<br>New York, New York 10036<br>(212) 698-3500 | Evan Newman, Esq.<br>Nathan Cohen, Esq.<br>Attorneys for Plaintiffs, Counterclaim-Defendant and Third-Party Defendant<br>377 Pearsall Avenue, Suite C<br>Cedarhurst, New York 11516<br>(212) 612-1110 |

This case is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Hester Indus., Inc. v. Tyson Foods, Inc.*, 160 F.3d 911, 916 (2d Cir. 1998) ("Because all of the parties stipulated to dismissal in the underlying action, the dismissal of the case was pursuant to" Rule 41(a)(1)(A)(ii) "and not by order of the district court.").

Date: September 10, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge