UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC, MEDRITE MIDTOWN WEST LLC, and HENRY WEISS individually and derivatively on behalf of MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC and MEDRITE MIDTOWN WEST LLC,<br><br>                Plaintiffs,<br><br>-against-<br><br>MEDRITE 243 LLC, MEDRITE EAST SIDE LLC MEDRITE HAVERSTRAW LLC, MEDRITE HOLDINGS LLC, MEDRITE LLC, MEDRITE MANAGEMENT LLC, MEDRITE MTVERNON LLC, MEDRITE MYRTLE LLC, MEDRITE NYC LLC, MEDRITE SPRING VALLEY LLC, NEW MEDRITE CARE NEW YORK INTERNATIONAL LLC, MEDRITE 41 LLC, MEDRITE MEDICAL CARE, PA, SUPREME MEDICAL MANAGEMENT LLC and SAMUEL FISHMAN a/k/a SAMUEL FISCH,<br><br>                Defendants<br><br>-and-<br><br>MEDRITE CARE, LLC, MEDRITE 22ND LLC, MEDRITE 72 LLC, MEDRITE BH LLC, and MEDRITE MIDTOWN WEST LLC,<br><br>                Nominal Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/2/2020<br><br><br>20-cv-3456 (MKV)<br><br>ORDER RELEASING<br>SECURITY DEPOSIT |

MARY KAY VYSKOCIL, United States District Judge:

      On May 4, 2020, Plaintiffs initiated this action by filing a complaint [ECF #1] and an

emergency *ex parte* application for a temporary restraining order, preliminary injunction, and

pre-judgment attachment [ECF #2, 2-1–2-34 ("Application for Emergency Relief")]. In an Order dated May 5, 2020, the Court issued a limited temporary restraining order to preserve the status quo pending a hearing on the Application for Emergency Relief with all parties present [ECF #6]. In its May 5, 2020 Order, the Court directed Plaintiffs to place security in the amount of $5,000 with the Clerk of the Court. On May 6, 2020, the Cashiers Office received $5,000 from Henry Weiss. On May 8, 2020, the Court vacated the temporary restraining order and denied Plaintiffs' Application for Emergency Relief [ECF #17]. On September 9, 2020, the action was dismissed pursuant to a stipulation of the parties [ECF #61, 62].

On November 25, 2020, Plaintiffs filed a letter requesting the return of the security to Henry Weiss [ECF #64]. On December 2, 2020, Defendants filed a letter stating that Defendants do not object to Plaintiffs' request [ECF #66]. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court release the security in the amount of $5,000, receipt number 2046540149, to Henry Weiss at 72 Hewes Street, Brooklyn NY 11249.

**SO ORDERED.**

Date: **December 2, 2020**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**